**Jerome D. MOORE, Plaintiff—Appellant,**

v.

**SOUTHTRUST CORPORATION, Defendant—Appellee.**

No. 05–1742.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2006.

Decided March 28, 2006.

Jerome D. Moore, Appellant Pro Se. William McCardell Furr, John T. McDonald, Willcox & Savage, Norfolk, Virginia, for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome D. Moore appeals the district court's order granting summary judgment for SouthTrust Corporation and dismissing his claims of breach of contract and violations of the Electronic Funds Transfer Act, 15 U.S.C. § 1693 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Moore v. SouthTrust Corp.*, No. CA–04–391–2–JBF (E.D. Va. June 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*